**Order entered December 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01042-CV

### SYED RAHMAN AND SABRINA RAHMAN, Appellant

### V.

### CHARLENE N. FOSTER, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03078-2015**

## ORDER

The clerk's record in this case remains overdue. On November 4, 2016, we ordered the Collin County District Clerk to file with this Court either the Clerk's Record or written documentation of notification to appellants of the amount due for the clerk's record. In a letter dated November 10, 2016, the district clerk informed this Court that the District Clerk's Office does not calculate the costs of a clerk's record until after the appellant files a Designation of Clerk's Record. Appellants have now informed the Court that they have not filed "the paper works [sic]" with the district court because appellants do not understand what to file.

The trial court clerk is required by Texas Rule of Appellate Procedure 35.3(a) to compile, certify, and file the clerk's record. TEX. R. APP. P. 35.3(a). Rule 34.5(a) lists documents that the

trial court clerk must include in the record, and rule 34.5(b) provides that a party may request that additional items be included in the record. TEX. R. APP. P. 34.5(a),(b).

Accordingly, we **ORDER** the Collin County District Clerk to notify appellants of the cost to prepare a Clerk's Record that includes the items required by rule 34.5(a) of the Texas Rules of Appellate Procedure within **FIVE DAYS** of the date of this order. We further **ORDER** the Collin County District Clerk to file, within **TEN DAYS** of the date of this order, written documentation to appellants of the amount due for the clerk's record. We **DIRECT** the Clerk of the Court to send a copy of this order to Collin County District Clerk Lynne Finley and to all Parties.

/s/     ELIZABETH LANG-MIERS
        JUSTICE